*J. Brown* and *R. L. Polk*, for appellee.

———◆———

### HAZZARD ET AL. *v*. SOUTHWICK.

APPEAL·from the Henry Circuit Court.

WORDEN, J.—This cause is essentially like that of *Hazzard* v. *Heacock*, *ante*, p. 172, was submitted on the same briefs, and must be decided in the same way.

The judgment below is reversed, with costs.

*M. E. Forkner* and *E. H. Bundy*, for appellants.

*J. Brown* and *R. L. Polk*, for appellee.